# Court of Appeals
# of the State of Georgia

ATLANTA,  December 18, 2023

*The Court of Appeals hereby passes the following order:*

**A24I0084.  AUNDRAY BARNES v. STATE FARM FIRE AND CASUALTY COMPANY et al.**

In this civil action, the trial court granted summary judgment to defendant State Farm Fire and Casualty Company. After the trial court issued a certificate of immediate review, plaintiff Aundray Barnes filed this timely application for interlocutory appeal. Under OCGA § 9-11-56 (h), however, the grant of summary judgment on any issue or as to any party is directly appealable. "This Court will grant a timely application for interlocutory review if the order complained of is subject to direct appeal and the applicants have not otherwise filed a notice of appeal." *Spivey v. Hembree*, 268 Ga. App. 485, 486, n. 1 (602 SE2d 246) (2004). Accordingly, this interlocutory application is hereby GRANTED. Barnes shall have ten days from the date of this order to file a notice of appeal in the trial court. OCGA § 5-6-34 (b). If Barnes already has filed a notice of appeal in the trial court, then he need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to this Court.



*Court of Appeals of the State of Georgia*

  C l e r k ' s    O f f i c e ,

*Atlanta,*   12/18/2023

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*